UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN,<br><br>    Plaintiff,<br>  v.<br>J. WANG, et al.,<br>    Defendants.      / | CASE NO. 1:09-cv-00801-GBC (PC)<br><br>ORDER DISMISSING CLAIMS FOUND TO BE NOT COGNIZABLE, AND DEFENDANT ASSOCIATED WITH SUCH CLAIMS |

**ORDER**

  Dwight A. Staten ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 5, 2009.  (ECF No. 1.)  Pursuant to 28 U.S.C. § 1915A, the Court screened Plaintiff's First Amended Complaint on June 9, 2011, and found that Plaintiff only stated cognizable claims against Defendants Jones and Shelburn for violations under the Eighth Amendment.  (ECF No. 17.)  The Court ordered Plaintiff to either cure the deficiencies highlighted in his Complaint through another amendment or notify the Court of his willingness to proceed on the cognizable claims.  (<u>Id.</u>)  On June 21, 2011, Plaintiff gave notice of his willingness to proceed on the cognizable deliberate indifference to a serious medical need claim against Defendants Jones and Shelburn.  (ECF No. 18.)

  For the reasons stated above, it is HEREBY ORDERED that:

1.  Action to proceed on Plaintiff's Eighth Amendment deliberate indifference to serious medical need claim against Defendants Jones and Shelburn;

1

2. All claims, other than the Eighth Amendment Claim against Defendants Jones and Shelburn, are DISMISSED; and

3. Defendant J. Wang is DISMISSED.

IT IS SO ORDERED.

Dated: June 24, 2011

UNITED STATES MAGISTRATE JUDGE