# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN, | CASE NO. 1:09-cv-00801-GBC (PC) |
| Plaintiff, | ORDERING DENYING MOTION AS MOOT |
| v. | (ECF No. 23) |
| J. WANG, et al., | |
| Defendants. | |

Plaintiff Dwight A. Staten ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's "Notice of Motion that the Court give Marshal Notice of Address Change for Defendant S. Shelbourn who's not employed any further at the address listed on the summons Plaintiff request that the Court and Marshal's locate Defendant's new address" filed July 14, 2011. (ECF No. 23.)

On August 24, 2011, the Court received a waiver of service returned executed for Defendant Shelburn. (ECF No. 24.) Thus, Plaintiff's request is no longer necessary.

Accordingly, Plaintiff's Motion is DENIED as moot.

IT IS SO ORDERED.

Dated: August 31, 2011

UNITED STATES MAGISTRATE JUDGE