UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. WANG, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00801-GBC (PC)<br><br>ORDER STAYING DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO REVOKE *IN FORMA PAUPERIS* AND FOR RULE 11 SANCTIONS<br><br>(Doc. 37) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2011, Defendants Jones and Shelburn filed a motion to revoke Plaintiff's *in forma pauperis* status and for Rule 11 Sanctions. Doc. 34. On November 1, 2011, Defendants filed a motion to stay discovery pending resolution of their prior motion. Doc. 37. Defendants allege that Plaintiff served them with various discovery due November 14, 2011, and if they are forced to respond, it will amount to thousands of dollars in expenses. Defs' Mot., Decl. ¶¶ 3 & 4, Doc. 37. Given that resolution of Defendants' motion to revoke *in forma pauperis* and for Rule 11 Sanctions may conclude this action and render any need for discovery moot, Discovery is HEREBY ORDERED STAYED pending this Court's ruling on the motion to revoke *in forma pauperis* and Rule 11 Sanctions.[1]

IT IS SO ORDERED.

Dated:   November 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Should this Court deny the motion to revoke *in forma pauperis* and for rule 11 sanctions, the Court will lift this order staying discovery and reinstate the scheduling order or issue an amended scheduling order.