# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. WANG, et al.,<br><br>        Defendants. | 1:09cv00801 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATE OF TRIAL READINESS<br><br>(Document 59) |

      Plaintiff Dwight A. Staten ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on May 5, 2009. Pursuant to Court order, he filed a First Amended Complaint on June 9, 2011. This action is proceeding on Plaintiff's Eighth Amendment claim for deliberate indifference to a serious medical need against Defendants Jones and Shelburn.

      On October 9, 2012, Plaintiff filed a motion entitled, "Certificate of Readiness for Trial and Order for Pre-Trial Statement." Plaintiff appears to request that a trial date be set.

      This case is not yet ready for trial. Defendants' Motion for Summary Judgment is pending, as well as Plaintiff's Rule 56(f) Motion. If the action continues after a ruling on these motions, the case will be set for trial. Accordingly, the Court DENIES Plaintiff's motion.

1

Plaintiff is advised that the Court will not consider any evidence attached to the motion. If Plaintiff wants such evidence to be filed in connection with the pending motions, he must attach it to the appropriate filings.

IT IS SO ORDERED.

Dated: **January 17, 2013**              /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE