# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. WANG, et al.,<br><br>　　　　Defendants. | 1:09cv00801 DLB PC<br><br>ORDER REGARDING PENDING MOTIONS AND SETTING BRIEFING SCHEDULE<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENTION OF TIME<br>(Document 71) |

　　Plaintiff Dwight A. Staten ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on May 5, 2009. Pursuant to Court order, he filed a First Amended Complaint on June 9, 2011. This action is proceeding on Plaintiff's Eighth Amendment claim for deliberate indifference to a serious medical need against Defendants Jones and Shelburn.

　　On October 23, 2012, Defendants filed a Motion for Summary Judgment. After receiving an extension of time, Plaintiff filed a document entitled, "Request for the Court Grant Plaintiff's Fed. R. Civ. P. 56(f) Motion to Deny Defendant's Motion for Summary Judgment" on December 10, 2012. It appears that Defendants construed this as Plaintiff's opposition and filed a request for an extension of time to file a reply. Defendants' time for a reply was extended to January 7, 2013.

On December 13, 2012, Plaintiff filed a request for an extension to file an opposition. The motion was granted. On January 16, 2013, Plaintiff filed a second request for an extension of time to file an opposition. Likely unsure of the status of the motion, Defendants have not filed a reply.

The Court construes Plaintiff's December 10, 2012, filing as a Rule 56(f) Motion, *not* an opposition. Defendants may file an opposition to this motion within thirty (30) days of the date of service of this order. Plaintiff may file a reply within twenty (20) days of the date of service of the opposition.

The Court grants Plaintiff's request for an extension of time to file an opposition to the Motion for Summary Judgment. Plaintiff's opposition is due within thirty (30) days of the date of service of this order. Defendants may file a reply within twenty (20) days of the date of service of the opposition.

Further requests for extensions of time will be granted **only upon a showing of good cause**.

IT IS SO ORDERED.

Dated:   **January 17, 2013**              /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE