1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                       EASTERN DISTRICT OF CALIFORNIA

8

9

10

11   DWIGHT A. STATEN,                    )   1:09cv00801 DLB PC
                                          )
12              Plaintiff,                )
                                          )   ORDER REGARDING PENDING
13        vs.                             )   MOTIONS AND SETTING BRIEFING
                                          )   SCHEDULE
14   J. WANG, et al.,                     )
                                          )   ORDER GRANTING PLAINTIFF'S
15              Defendants.               )   REQUEST FOR EXTENTION OF TIME
                                          )   (Document 71)
16   _____

17        Plaintiff Dwight A. Staten ("Plaintiff"), a state prisoner proceeding pro se, filed this civil

18   rights action on May 5, 2009.  Pursuant to Court order, he filed a First Amended Complaint on

19   June 9, 2011.  This action is proceeding on Plaintiff's Eighth Amendment claim for deliberate

20   indifference to a serious medical need against Defendants Jones and Shelburn.

21        On October 23, 2012, Defendants filed a Motion for Summary Judgment.  After receiving

22   an extension of time, Plaintiff filed a document entitled, "Request for the Court Grant Plaintiff's

23   Fed. R. Civ. P. 56(f) Motion to Deny Defendant's Motion for Summary Judgment" on December

24   10, 2012.  It appears that Defendants construed this as Plaintiff's opposition and filed a request

25   for an extension of time to file a reply.  Defendants' time for a reply was extended to January 7,

26   2013.

27

28

                                             1

1    On December 13, 2012, Plaintiff filed a request for an extension to file an opposition.

2 The motion was granted.  On January 16, 2013, Plaintiff filed a second request for an extension

3 of time to file an opposition.  Likely unsure of the status of the motion, Defendants have not filed

4 a reply.

5    The Court construes Plaintiff's December 10, 2012, filing as a Rule 56(f) Motion, *not* an

6 opposition.  Defendants may file an opposition to this motion within thirty (30) days of the date

7 of service of this order.  Plaintiff may file a reply within twenty (20) days of the date of service

8 of the opposition.

9    The Court grants Plaintiff's request for an extension of time to file an opposition to the

10 Motion for Summary Judgment.  Plaintiff's opposition is due within thirty (30) days of the date

11 of service of this order.  Defendants may file a reply within twenty (20) days of the date of

12 service of the opposition.

13

14    Further requests for extensions of time will be granted **only upon a showing of good**

15 **cause**.

16

17 IT IS SO ORDERED.

18    Dated:   **January 17, 2013**            /s/ *Dennis L. Beck*

19                               UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28