UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN, <br><br>  Plaintiff, <br><br> vs. <br><br> J. WANG, et al., <br><br>  Defendant. | 1:09cv00801 DLB (PC) <br><br> ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO STAY BRIEFING SCHEDULE <br><br> (Document 89) |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants Defendants' *Ex Parte* Application to Stay Briefing Schedule. IT IS HEREBY ORDERED that the briefing schedule for Defendants' motion for summary judgment is stayed until further order of the Court.

IT IS SO ORDERED.

Dated:   March 8, 2013              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE