# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DWIGHT A. STATEN, | ) 1:09cv00801 DLB PC |
| | ) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO |
| | ) RESPOND TO DEFENDANTS' MOTION |
| vs. | ) FOR SANCTIONS |
| | ) |
| J. WANG, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Dwight A. Staten ("Plaintiff"), a state prisoner proceeding pro se, filed this civil

rights action on May 5, 2009.  Defendants filed a motion for summary judgment on October 23,

2012.

On March 6, 2013, Defendants filed a motion for sanctions, including terminating

sanctions, based on Plaintiff's alleged submission of forged documents in opposition to the

motion for summary judgment.  Plaintiff was served with the motion on March 6, 2013.

On March 8, 2013, the Court granted Defendants' ex parte request to stay the summary

judgment briefing schedule pending the outcome of the motion for sanctions.

Plaintiff is therefore ORDERED, within twenty-one (21) days of the date of service of

this order, to respond to Defendants' motion and allegations of forgery.  Plaintiff should submit

1  documentation to support his arguments, if any.  If necessary, the Court will schedule a hearing

2  to further evaluate Defendants' allegations.

3       Defendants may file a reply within seven (7) days of receiving CM/ECF notification of

4  Plaintiff's response.

5       If Plaintiff fails to file a response to the motion, the Court will deem the motion

6  submitted pursuant to Local Rule 230(l).

7

8

9

10

IT IS SO ORDERED.

11

12    Dated:    **March 8, 2013**                              /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28