# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN, </br></br>    Plaintiff, </br></br>    vs. </br></br>J. WANG, et al., </br></br>    Defendants. | 1:09cv00801 DLB PC </br></br>ORDER STAYING BRIEFING SCHEDULE FOR PLAINTIFF'S DECEMBER 10, 2012, FULE 56(d) MOTION |

Plaintiff Dwight A. Staten ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on May 5, 2009.  Pursuant to Court order, he filed a First Amended Complaint on June 9, 2011.  This action is proceeding on Plaintiff's Eighth Amendment claim for deliberate indifference to a serious medical need against Defendants Jones and Shelburn.

On March 8, 2013, the Court issued an order staying the briefing schedule for Defendants' Motion for Summary Judgment, filed on October 23, 2012, pending the outcome of Defendants' recent Motion for Sanctions.  The Court finds that the briefing schedule for Plaintiff's December 10, 2012, Rule 56(d)[1] should also be stayed pending the outcome of the Motion for Sanctions.

---

[1] The prior orders referred to this as a Rule 56(f) motion.  Rule 56 was recently amended, and Rule 56(f) is now 56(d).

1

Accordingly, the briefing schedule set forth in the Court's January 22, 2013, order relating to Plaintiff's Rule 56(d) motion is STAYED pending the outcome of the Motion for Sanctions.

IT IS SO ORDERED.

Dated:  __March 27, 2013__                    /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE